Kimberlee A. Colbo
HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Mutual
    Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACQUELINE M. TEMPLIN,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:14-cv-00030-TMB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS NOW HEREBY STIPULATED and agreed by and between Plaintiff Jacqueline M. Templin and Defendant State Farm Mutual Automobile Insurance Company, through their respective counsel of record, that all claims in the above-entitled action be dismissed with prejudice and without costs or attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

- 1 -

PENTLARGE LAW GROUP
Attorney for Plaintiff

December 29, 2014          By:   s/ Robert J. Jurasek (Consent)
Date                              Robert J. Jurasek
                                  ABA No. 9111071
                                  Pentlarge Law Group
                                  1400 West Benson Blvd., Suite 550
                                  Anchorage, AK 99503
                                  Telephone No: (907) 276-1919
                                  Facsimile No: (907) 276-8000
                                  Email: rjurasek@gci.net

                           HUGHES GORSKI SEEDORF
                           ODSEN & TERVOOREN, LLC,
                           Attorneys for Defendant

December 29, 2014          By:   s/Kimberlee A. Colbo
Date                              Kimberlee A. Colbo
                                  ABA No. 9211072
                                  3900 C Street, Suite 1001
                                  Anchorage, AK 99503
                                  Telephone No: (907) 274-7522
                                  Facsimile No: (907) 263-8320
                                  Email: kcolbo@hglawfirm.net

I hereby certify that a true and correct copy
of the foregoing was served via the court's
ECF system on the 29th day of December, 2014 on:

- Robert J. Jurasek at rjurasek@gci.net

s/Kimberlee A. Colbo

- 2 -

Case 3:14-cv-00030-TMB   Document 16   Filed 12/29/14   Page 2 of 2